Certificate Number: 11760-PAE-DE-032841141

Bankruptcy Case Number: 19-12705



11760-PAE-DE-032841141

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 19, 2019, at 4:28 o'clock PM PDT, Ronald Foor completed a course on personal financial management given by internet by 123 Debtor.com, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   May 19, 2019                    By:    /s/Jennifer L Walter

                                        Name:  Jennifer L Walter

                                        Title: Teacher