United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Ronald P. Foor  
      Debtor

Case No. 19-12705-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: dlv     Page 1 of 1     Date Rcvd: Aug 27, 2019  
                        Form ID: 195    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2019.  
db            +Ronald P. Foor,    847 North 11th Street,    Reading, PA 19604-2403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2019 at the address(es) listed below:  
       BRENNA HOPE MENDELSOHN    on behalf of Debtor Ronald P. Foor tobykmendelsohn@comcast.net  
       KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com  
       ROBERT H. HOLBER     trustee@holber.com,    rholber@ecf.axosfs.com  
       ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,  
        rholber@ecf.axosfs.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                     TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Ronald P. Foor : Case No. 19−12705−jkf

    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , August 27, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

20
Form 195